UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re RONALD LEE CANADA,

        Plaintiff,

Case No. 16-cv-4756-TEH

ORDER OF DISMISSAL

    This case was opened when Plaintiff wrote a letter to the Court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

    Plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the Court.  This case is therefore DISMISSED without prejudice.  No fee is due.

1     The Clerk shall close the file.

2     IT IS SO ORDERED.

3 Dated: 10/3/2016

4     _____

5     THELTON E. HENDERSON
    United States District Judge

6

G:\PRO-SE\TEH\CR.16\Canada4756.dis-ifp.docx

2